**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| DEWAYNE BARBER and<br>PAULETTE BARBER, husband and wife | PLAINTIFFS |
| v.   No. 4:11CV00234 JLH | |
| CHESAPEAKE EXPLORATION, LLC;<br>BP AMERICA PRODUCTION COMPANY;<br>and BHP BILLITON PETROLEUM<br>(FAYETTEVILLE), LLC | DEFENDANTS |

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Chesapeake Exploration, LLC, BP America Production Company, and BHP Billiton Petroleum (Fayetteville), LLC, on the claim of Dewayne Barber and Paulette Barber. The amended complaint of Dewayne Barber and Paulette Barber is dismissed with prejudice.

IT IS SO ORDERED this 13th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE